| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rorer, Daniel S.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Rorer, Mary R** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **9925** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4023** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**716 Regner Road**<br>**McHenry, IL**                          ZIPCODE **60050** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**716 Regner Road**<br>**McHenry, IL**                          ZIPCODE **60050** |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business:<br>**McHenry** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rorer, Daniel S. & Rorer, Mary R** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X */s/ Michael Fradin*          1/28/10<br>     Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Rorer, Daniel S. & Rorer, Mary R |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel S. Rorer**
Signature of Debtor                                    **Daniel S. Rorer**

X **/s/ Mary R Rorer**
Signature of Joint Debtor                              **Mary R Rorer**

**(847) 812-8847**
Telephone Number (If not represented by attorney)

**January 28, 2010**
Date

### Signature of Attorney*

X **/s/ Michael Fradin**
Signature of Attorney for Debtor(s)

**Michael Fradin 6289502**
**RothMelei**
**454 W. Virginia Street**
**Crystal Lake, IL 60014**
**(815) 356-8000 Fax: (815) 356-8025**
**mfradin@rothmeleilaw.com**

**January 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Rorer, Daniel S. _____    Chapter **7** _____
                          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: */s/ Daniel S. Rorer* _____

Date: **January 28, 2010** _____

© 1993-2009 EZ-Filing, Inc. [1-800 998-2424] - Forms Software Only

United States Bankruptcy Court
**Northern District of Illinois**

IN RE:                                                                 Case No. _____

Rorer, Mary R _____        Chapter **7** _____
_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Mary R Rorer*** _____

Date: **January 28, 2010** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

Case 10-70310   Doc 1-3   Filed 01/28/10   Entered 01/28/10 10:20:49   Desc Attached
United States Bankruptcy Court Page 6 of 44
Northern District of Illinois

**IN RE:**

Rorer, Daniel S. & Rorer, Mary R
_____
Debtor(s)

Case No. _____

Chapter **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 600,000.00 | | |
| B - Personal Property | Yes | 3 | $ 196,088.96 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 769,202.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 121,775.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 99,683.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 6,516.09 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 8,571.67 |
| TOTAL | | 24 | $ 796,088.96 | $ 990,662.22 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

Case 10-70310    Doc 1-3    Filed 01/28/10    Entered 01/28/10 10:20:49    Desc  Attached
United States Bankruptcy Court
Northern District of Illinois

IN RE:

Case No. _____

Rorer, Daniel S. & Rorer, Mary R

Chapter **7**

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $        0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    121,775.80 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $        0.00 |
| Student Loan Obligations (from Schedule F) | $     12,500.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $        0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $        0.00 |
| **TOTAL** | $    134,275.80 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $      6,516.09 |
| Average Expenses (from Schedule J, Line 18) | $      8,571.67 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $      5,307.57 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $     18,659.78 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    121,775.80 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $        0.00 |
| 4. Total from Schedule F | | $     99,683.46 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    118,343.24 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **716 Regner Road, McHenry, IL 60050** | **Jointly Owned** | J | **600,000.00** | **769,202.96** |
| | | **TOTAL** | **600,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

Case 10-70310    Doc 1-3    Filed 01/28/10    Entered 01/28/10 10:20:49    Desc Attached
IN RE Rorer, Daniel S. & Rorer, Mary R          Correct PDF    Page 9 of 44    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on Hand** | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct. - American Eagle Bank - Closed  Acct. #2000199** | J | 0.00 |
| | | **Checking at TCF Bank - Acct. #3876274943** | W | 1.82 |
| | | **Savings at TCF Bank Closed - Acct #7439060196** | J | 0.00 |
| | | **The State Bank Group - Savings Account #1415571 Joint account w/Madison Rorer** | J | 49.32 |
| | | **Wonder Lake State Bank Checking Acct #1398595** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Furniture, Appliances, etc.** | J | 2,110.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. Clothing** | J | 500.00 |
| 7. Furs and jewelry. | | **Costume Jewelry and Rings** | J | 600.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **American Funds IRA - Dan Rorer Acct. # 65169727** | H | 1,152.31 |
| | | **American Funds IRA - Mary Rorer Acct. # 65169728** | W | 1,152.31 |
| | | **Charter One CD - Dan- Maturity Date 12/27/09 Acct # xxxxxx-8878** | H | 2,561.60 |
| | | **Charter One CD - Mary - Maturity Date 12/27/09** | W | 2,561.60 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

Case 10-70310    Doc 1-3    Filed 01/28/10    Entered 01/28/10 10:20:49    Desc Attached
IN RE Rorer, Daniel S. & Rorer, Mary R      Correct PDF    Page 10 of 44    Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Acct. # xxxxx-8886** | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1970 Nova Coupe Yenko (VIN 11427OW351709)** | J | 100,000.00 |
| | | **1996 Ford Explorer** | J | 1,200.00 |
| | | **1997 Ford Explorer** | J | 1,300.00 |
| | | **1998 Chevy Vans Venture** | J | 0.00 |
| | | **2002 Dodge Sprinter (VIN WD2PD443345595710) Mileage - 146,800** | J | 10,000.00 |
| | | **2002 Ford Excursion** | J | 7,500.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Rorer, Daniel S. & Rorer, Mary R
_____
Debtor(s)                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

Case No. _____

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | | **2001 Ebbtide Deckboat** | J | **15,000.00** |
| | | **2002 Yamaha Jet Ski** | J | 0.00 |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **Desks (2)** | J | 50.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Various Business Related Equipment/Machinery/Tools (REGIONAL FABRICATION JOINT OWNER)** | J | 49,920.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | | **Dog and 3 Cats** | J | 30.00 |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Various residential tools and yard items** | J | 350.00 |

TOTAL | 196,088.96

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

__0__ continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **716 Regner Road, McHenry, IL 60050** | 735 ILCS 5 §12-901 | 30,000.00 | 600,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | 735 ILCS 5 §12-1001(b) | 50.00 | 50.00 |
| **Checking at TCF Bank - Acct. #3876274943** | 735 ILCS 5 §12-1001(b) | 1.82 | 1.82 |
| **The State Bank Group - Savings Account #1415571** | 735 ILCS 5 §12-1001(b) | 49.32 | 49.32 |
| **Joint account w/Madison Rorer** | | | |
| **Furniture, Appliances, etc.** | 735 ILCS 5 §12-1001(b) | 2,110.00 | 2,110.00 |
| **Misc. Clothing** | 735 ILCS 5 §12-1001(a) | 500.00 | 500.00 |
| **Costume Jewelry and Rings** | 735 ILCS 5 §12-1001(b) | 600.00 | 600.00 |
| **American Funds IRA - Dan Rorer Acct. # 65169727** | 40 ILCS 5 §§22-230, 4-135, 6-213, 19-117 | 1,152.31 | 1,152.31 |
| **American Funds IRA - Mary Rorer Acct. # 65169728** | 40 ILCS 5 §§22-230, 4-135, 6-213, 19-117 | 1,152.31 | 1,152.31 |
| **Charter One CD - Dan- Maturity Date 12/27/09 Acct # xxxxxx-8878** | 40 ILCS 5 §§22-230, 4-135, 6-213, 19-117 | 2,561.60 | 2,561.60 |
| **Charter One CD - Mary - Maturity Date 12/27/09 Acct. # xxxxx-8886** | 40 ILCS 5 §§22-230, 4-135, 6-213, 19-117 | 2,561.60 | 2,561.60 |
| **1996 Ford Explorer** | 735 ILCS 5 §12-1001(c) | 1,200.00 | 1,200.00 |
| **1997 Ford Explorer** | 735 ILCS 5 §12-1001(c) | 1,300.00 | 1,300.00 |
| **2002 Ford Excursion** | 735 ILCS 5 §12-1001(c) 735 ILCS 5 §12-1001(b) | 2,300.00 5,108.86 | 7,500.00 |
| **Desks (2)** | 735 ILCS 5 §12-1001(b) | 50.00 | 50.00 |
| **Various Business Related Equipment/Machinery/Tools (REGIONAL FABRICATION JOINT OWNER)** | 735 ILCS 5 §12-1001(d) | 3,000.00 | 49,920.00 |
| **Dog and 3 Cats** | 735 ILCS 5 §12-1001(b) | 30.00 | 30.00 |
| **Various residential tools and yard items** | 735 ILCS 5 §§12-1001(h)(1), (i) | 350.00 | 350.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0005**<br><br>**American Eagle Bank<br>556 Randall Road<br>South Elgin, IL 60177** | | J | **Home Loan - 716 Regner, McHenry - June, 2002**<br><br><br>VALUE $ **600,000.00** | | | | **490,000.00** | |
| ACCOUNT NO. **0012**<br><br>**American Eagle Bank<br>556 Randall Road<br>South Elgin, IL 60177** | X | J | **October 31, 2009 - 716 Regner Road, McHenry (Line of Credit)**<br><br><br>VALUE $ **600,000.00** | | | | **127,709.78** | **17,709.78** |
| ACCOUNT NO. **0014**<br><br>**American Eagle Bank<br>556 Randall Road<br>South Elgin, IL 60177** | X | J | **March, 20071970 Chevrolet Nova Coupe (VIN 11427OW351709) and 716 Regner Road, McHenry, IL**<br><br>VALUE $ **150,543.18** | | | | **150,543.18** | |
| ACCOUNT NO. **gner**<br><br>**East Pistakee Bay Road Association<br>2660 Regner Road<br>McHenry, IL 60051-7830** | | J | **2005 - Subdivision Association**<br><br><br>VALUE $ **600,000.00** | | | | **950.00** | **950.00** |

| | |
|---|---|
| **0** continuation sheets attached | Subtotal<br>(Total of this page)    $ **769,202.96**    $ **18,659.78** |
| | Total<br>(Use only on last page)    $ **769,202.96**    $ **18,659.78** |

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Rorer, Daniel S. & Rorer, Mary R
       Debtor(s)

Case 10-70310   Doc 1-3   Filed 01/28/10   Entered 01/28/10 10:20:49   Desc  Attached
Correct PDF   Page 15 of 44   Case No. _____
                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8082<br>Illinois Department Of Employment Securi In C/O CG Services Ltd Partnership 6330 Gulfton Houston, TX 77081 | X | J | Unpaid unemployment insurance contributions - 2009 | | | | 949.61 | 949.61 | |
| ACCOUNT NO. 4991<br>Illinois Department Of Revenue PO Box 19006 Springfield, IL 62794-9006 | X | J | 2009 Illinois St-1 Sales Tax | | | | 10,002.63 | 10,002.63 | |
| ACCOUNT NO. 2581<br>IRS Attn: M. McLaren 945 Lakeview Pky, Ste. 130 Vernon Hills, IL 60061 | X | J | Federal Taxes for 2008 | | | | 49,249.87 | 49,249.87 | |
| ACCOUNT NO.<br>IRS Payroll Liabilities | X | J | Total Payroll liabilities - 2009 | | | | 10,321.57 | 10,321.57 | |
| ACCOUNT NO. na<br>McHenry County Check Enforcement Program PO Box 1059 Woodstock, IL 60098 | | W | Bad Check to County - 2009 | | | | 728.00 | 728.00 | |
| ACCOUNT NO. 6055<br>McHenry County Treasurer 667 Ware Road Woodstock, IL 60098 | | J | Taxes - Years 2006, 2007 and 2008 on 716 Regner Road, McHenry, IL | | | | 50,524.12 | 50,524.12 | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **121,775.80**  $ **121,775.80**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ **121,775.80**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ **121,775.80**  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5024**<br>**Advance Surgical**<br>**In C/O ACC International**<br>**919 Estes Court**<br>**Schaumburg, IL  60193-4427** | | W | April, 2008 - Medical (Ref #855024) | | | | 3,275.00 |
| ACCOUNT NO. **4972**<br>**Aetna Plywood**<br>**In C/O Teller Levit & Silvertrust**<br>**11 East Adams**<br>**Chicago, IL  60603** | X | J | January, 2009 - Business Supply | | | | 3,047.90 |
| ACCOUNT NO. **5601**<br>**Allstate Insurance Company**<br>**PO Box 3576**<br>**Akron, OH  44309-3576** | | J | Insurance - 98 Chevy Venture and 2004 Dodge Sprinter | | | | 1,717.14 |
| ACCOUNT NO. **7076**<br>**Arlington Ridge Pathology**<br>**In C/O KCA Financial Services**<br>**628 North Street, PO Box 53**<br>**Geneva, IL  60134** | | H | April, 2009 - Mdical | | | | 175.00 |

_____ **7** continuation sheets attached

Subtotal (Total of this page) $ 8,215.04

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0101** **Best Practices Of Northwest** **In C/O Suburban Credit Corp** **6142 Franconia Road - PO Box 30640** **Alexandria, VA  22310-2521** | | J | April, 2009 - Medical | | | | 623.00 |
| ACCOUNT NO. **5358** **Capital One** **PO Box 6492** **Carol Stream, IL  60197-6492** | | W | Credit Card | | | | 4,513.88 |
| ACCOUNT NO. **0587** **Capital One** **PO Box 6492** **Carol Stream, IL  60197-6492** | | W | Credit Card | | | | 1,602.32 |
| ACCOUNT NO. **8045** **Capital One** **PO Box 6492** **Carol Stream, IL  60197-6492** | | W | Credit Card | | | | 2,149.57 |
| ACCOUNT NO. **8600** **Capital One Bank** **PO Box 6492** **Carol Stream, IL  60197-6492** | X | H | 2009 - Credit Card | | | | 605.95 |
| ACCOUNT NO. **0534** **Centegra Health System** **PO Box 1447** **13707 W. Jackson Street** **Woodstock, IL  60098** | | W | Medical | | | | 1,053.75 |
| ACCOUNT NO. **8874** **Chase Bank** **PO Box 15153** **Wilmington, DE  19850-5298** | | W | 2009 - Credit Card | | | | 4,091.86 |

Sheet no. ____1____ of ____7____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **14,640.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor(s)                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6560 <br><br>Chase Bank<br>PO Box 15153<br>Wilmington, DE  19850-5298 | X | H | | | | | 800.78 |
| ACCOUNT NO. 2303 <br><br>CitiBank<br>PO Box 6500<br>Sioux Falls, SD  57117-6500 | | H | Credit Card | | | | 3,047.46 |
| ACCOUNT NO. 4700 <br><br>Comcast<br>C/O CPA Collections<br>PO Box 802068<br>Dallas, TX  75380-2068 | | W | 2009- Cable | | | | 141.63 |
| ACCOUNT NO. 6064 <br><br>ComEd<br>PO Box 6111<br>Carol Stream, IL  60197-6111 | X | J | July thru October, 2009 - Utilities | | | | 684.53 |
| ACCOUNT NO. 9036 <br><br>ComEd<br>PO Box 6111<br>Carol Stream, IL  60197-6111 | X | J | | | | | 503.57 |
| ACCOUNT NO. 8405 <br><br>Crystal Lake Orthopedic Surgery<br>750 E. Terra Cotta Avenue<br>Crystal Lake, IL  60014 | | W | May, 2009 - Medical | | | | 159.00 |
| ACCOUNT NO. 0231 <br><br>Direct Loans<br>PO Box 5609<br>Greenville, TX  75403-5609 | | W | December, 2008 - STUDENT LOAN | | | | 12,500.00 |

Sheet no. __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 17,836.97

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0611**<br><br>**Discover**<br>**PO Box 6103**<br>**Carol Stream, IL  60197-6103** | | J | Credit Card | | | | 7,654.03 |
| ACCOUNT NO. **0470**<br><br>**GE Money Bank/Old Navy**<br>**PO Box 981064**<br>**El Paso, TX  79998-1064** | | W | Credit Card - 2009 | | | | 390.40 |
| ACCOUNT NO. **ions**<br><br>**Great Lakes Specialty Metals**<br>**PO Box 8000 Dept. 257**<br>**Buffalo, NY  14267** | X | J | October 25, 2009 and November 20, 2009 | | | | 3,291.96 |
| ACCOUNT NO. **6752**<br><br>**Hausman-Kunkel, Inc.**<br>**40 S. Prospect**<br>**PO Box 72290**<br>**Roselle, IL  60172** | X | J | May, 2009  - Insurance | | | | 963.01 |
| ACCOUNT NO. **5009**<br><br>**Hawthorne Architectural Register**<br>**In C/O North Shore Agency, Inc.**<br>**PO Box 9205**<br>**Old Bethpage, NY  11084-9005** | | W | October 30, 2009 | | | | 85.60 |
| ACCOUNT NO. **0084**<br><br>**Home Depot**<br>**PO Box 6029**<br>**The Lakes, NV  88901-6029** | X | H | July, 2009 - Credit Card | | | | 4,042.43 |
| ACCOUNT NO. **8272**<br><br>**HSBC**<br>**PO Box 176002**<br>**Baltimore, MD  21297-1602** | | H | Credit Card | | | | 4,120.92 |

Sheet no. ____**3**__ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **20,548.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor(s)            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0016<br>**Klingspor**<br>PO Box 2367<br>Hickory, NC 28603-2367 | X | J | 2009 | | | | 488.29 |
| ACCOUNT NO. 7390<br>**Lake/McHenry Pathology Associates**<br>520 E. 22nd Street<br>Lombard, IL 60148 | | H | May, 2009 - Medical | | | | 53.00 |
| ACCOUNT NO. 2667<br>**Lakes Disposal**<br>PO Box 296<br>Fox Lake, IL 60020 | | J | 2008 - Garbage Pick Up | | | | 25.00 |
| ACCOUNT NO. 719A<br>**Lease Finance Group**<br>233 N. Michigan Avenue, Ste. 1800<br>Chicago, IL 60601-5802 | X | J | 2009 - Credit Card Machine rental | | | | 162.25 |
| ACCOUNT NO. 5906<br>**McHenry Radiologist & Imaging**<br>In C/O Business Revenue Systems<br>PO Box 13077<br>Des Moines, IA 50310-0077 | | W | May, 2009 - Medical | | | | 49.00 |
| ACCOUNT NO. 6123<br>**McHenry Township Fire Department**<br>PO Box 457<br>Wheeling, IL 60090 | | W | May, 2009 - Medical- Ambulance | | | | 505.00 |
| ACCOUNT NO. na<br>**Mike & Cindy Lesperance**<br>4304 Church Hill Lane<br>Crystal Lake, IL 60014 | X | J | 2009 - Rent for 11201 Commercial Avenue, Units F & G, Richmond, IL | | | | 6,300.00 |

Sheet no. **4** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 7,582.54

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

Case 10-70310   Doc 1-3   Filed 01/28/10   Entered 01/28/10 10:20:49   Desc Attached
IN RE Rorer, Daniel S. & Rorer, Mary R      Correct PDF   Page 21 of 44   Case No. _____

|              |        Debtor(s)         |                          |                |               (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5344**<br>**Moraine Emergency Physicians**<br>**PO Box 8759**<br>**Philadelphia, PA 19101-8759** | | W | **May, 2009 - Medical** | | | | **1,048.00** |
| ACCOUNT NO. **8546**<br>**Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507-0632** | X | J | **Utilities - 716 Regner Road** | | | | **264.52** |
| ACCOUNT NO. **0609**<br>**Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507-0632** | X | J | **2009 - Utilities - Richmond Property** | | | | **290.61** |
| ACCOUNT NO. **9041**<br>**Northwest Community Hospital**<br>**In C/O Mira Med Revenue Group**<br>**PO Box 77000 - Dept. 77304**<br>**Detroit, MI 48277-0304** | | H | **April, 2009 - Medical** | | | | **17,351.41** |
| ACCOUNT NO. **2937**<br>**Northwest Suburban Imaging**<br>**In C/O Medical Business Bureau**<br>**1175 Devin Drive, Ste. 173**<br>**North Shores, MI 49441** | | H | **Medical** | | | | **1,615.00** |
| ACCOUNT NO. **4767**<br>**Northwest Suburban Imaging**<br>**In C/O Merchants Credit Guide**<br>**222 W. Jackson Blvd**<br>**Chicago, IL 60606** | | W | **June, 2009 - Medical** | | | | **40.00** |
| ACCOUNT NO. **0329**<br>**Northwest Suburban Imaging**<br>**In C/O Merchants Credit Guide**<br>**222 W. Jackson Blvd**<br>**Chicago, IL 60606** | | W | **2009 Medical** | | | | **80.00** |

Sheet no. ____5____ of ____7____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **20,689.54**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7076**<br>**NW Radiology Association**<br>**In C/O KCA Financial Services, Ltd.**<br>**628 North Street - PO Box 53**<br>**Geneva, IL  60134** | | H | April, 2009 - Medical | | | | 428.00 |
| ACCOUNT NO.  **na**<br>**Paul Nigg**<br>**2615 Sommerhill Court**<br>**Aurora, IL  60506** | X | J | Accountant fees | | | | 2,500.00 |
| ACCOUNT NO. **0214**<br>**PayPal Buyer Credit**<br>**PO Box 960080**<br>**Orlando, FL  32896-0080** | | H | November, 2009 | | | | 112.00 |
| ACCOUNT NO. **1424**<br>**Professional Cardiac Services**<br>**In C/O KCA Financial Services, Inc.**<br>**628 North Street, PO Box 53**<br>**Geneva, IL  60134** | | H | April, 2009 - Medical | | | | 41.00 |
| ACCOUNT NO.  **na**<br>**S.O.S. Plumber Services**<br>**281 Laurel Lane**<br>**West Chicago, IL  60185** | | J | 2007 - Plumbing Services | | | | 2,815.00 |
| ACCOUNT NO. **1727**<br>**Shell Fleet**<br>**PO Box 183019**<br>**Columbus, OH  43218-3019** | X | J | 2009 - Credit Card (Fuel card) | | | | 958.45 |
| ACCOUNT NO. **1057**<br>**Sherman Hospital**<br>**In C/O Harris & Harris**<br>**222 Merchandise Mart Plaza, Ste. 1900**<br>**Chicago, IL  60654** | | W | November, 2008 - Medical | | | | 564.56 |

Sheet no. _____ **6** of _____ **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $  7,419.01

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

           Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7671**<br><br>**Sherman Hospital**<br>In C/O Harris & Harris<br>**222 Merchandise Mart Plaza, Ste. 1900**<br>**Chicago, IL  60654** | | W | Medical | | | | 213.71 |
| ACCOUNT NO. **3576**<br><br>**Sherman Hospital**<br>In C/O Harris & Harris<br>**222 Merchandise Mart Plaza, Ste. 1900**<br>**Chicago, IL  60654** | | J | February, 2009 - Medical | | | | 560.56 |
| ACCOUNT NO. **5890**<br><br>**Target**<br>**PO Box 59317**<br>**Minneapolis, MN  55459-0317** | | W | Credit Card | | | | 575.19 |
| ACCOUNT NO. **2910**<br><br>**Verizon Wireless**<br>**PO Box 9688**<br>**Mission Hills, CA  91346** | X | J | 2009 - Telephone | | | | 384.56 |
| ACCOUNT NO. **6560**<br><br>**Washington Mutual - Chase**<br>**PO Box 660487**<br>**Dallas, TX  75266-0487** | | H | 2009- Credit Card | | | | 748.74 |
| ACCOUNT NO. **0136**<br><br>**Waste Management**<br>**1411 Opus Place, Ste. 400**<br>**Downers Grove, IL  60515** | X | J | 2009 - Garbage removal | | | | 268.92 |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**7**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,751.68**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ **99,683.46**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

Case 10-70310   Doc 1-3   Filed 01/28/10   Entered 01/28/10 10:20:49   Desc Attached
IN RE Rorer, Daniel S. & Rorer, Mary R        Correct PDF   Page 24 of 44   Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **Sprint**<br>**PO Box 8077**<br>**London, KY  40742** | **Cell Phone Account #680311517 $300.00 Monthly** |
| **Verizon**<br>**777 Big Timber Road**<br>**Elgin, IL  60123** | **Cell Phone Contract - Acct. 885626285-00001 (Monthly $150.00)** |
| **Mike & Cindy Lesperance**<br>**4304 Church Hill Lane**<br>**Crystal Lake, IL  60014** | **Commercial Lease - 11201 Commercial, Units F & G, Richmond, IL** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

Case 10-70310    Doc 1-3    Filed 01/28/10    Entered 01/28/10 10:20:49    Desc  Attached
IN RE Rorer, Daniel S. & Rorer, Mary R        Correct PDF    Page 25 of 44    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Regional Fabrication Corp. In C/O Dan Rorer 716 Regner Road McHenry, IL  60050 | American Eagle Bank 556 Randall Road South Elgin, IL  60177 |
| | American Eagle Bank 556 Randall Road South Elgin, IL  60177 |
| | Capital One Bank PO Box 6492 Carol Stream, IL  60197-6492 |
| | ComEd PO Box 6111 Carol Stream, IL  60197-6111 |
| | Home Depot PO Box 6029 The Lakes, NV  88901-6029 |
| | Klingspor PO Box 2367 Hickory, NC  28603-2367 |
| | Mike & Cindy Lesperance 4304 Church Hill Lane Crystal Lake, IL  60014 |
| | Lease Finance Group 233 N. Michigan Avenue, Ste. 1800 Chicago, IL  60601-5802 |
| | Nicor Gas PO Box 0632 Aurora, IL  60507-0632 |
| | Nicor Gas PO Box 0632 Aurora, IL  60507-0632 |
| | Shell Fleet PO Box 183019 Columbus, OH  43218-3019 |
| | Verizon Wireless PO Box 9688 Mission Hills, CA  91346 |
| | Waste Management 1411 Opus Place, Ste. 400 |

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Regional Installation Corporation<br>C/O Dan Rorer<br>716 Regner Road<br>McHenry, IL  60050 | Downers Grove, IL  60515<br><br>Aetna Plywood<br>In C/O Teller Levit & Silvertrust<br>11 East Adams<br>Chicago, IL  60603<br><br>IRS<br>Attn:  M. McLaren<br>945 Lakeview Pky, Ste. 130<br>Vernon Hills, IL  60061<br><br>Illinois Department Of Employment Securi<br>In C/O CG Services Ltd Partnership<br>6330 Gulfton<br>Houston, TX  77081<br><br>Great Lakes Specialty Metals<br>PO Box 8000 Dept. 257<br>Buffalo, NY  14267<br><br>Illinois Department Of Revenue<br>PO Box 19006<br>Springfield, IL  62794-9006<br><br>IRS<br>Payroll Liabilities<br><br>Chase Bank<br>PO Box 15153<br>Wilmington, DE  19850-5298<br><br>Hausman-Kunkel, Inc.<br>40 S. Prospect<br>PO Box 72290<br>Roselle, IL  60172<br><br>ComEd<br>PO Box 6111<br>Carol Stream, IL  60197-6111<br><br>Paul Nigg<br>2615 Sommerhill Court<br>Aurora, IL  60506<br><br>Home Depot<br>PO Box 6029<br>The Lakes, NV  88901-6029<br><br>Shell Fleet<br>PO Box 183019<br>Columbus, OH  43218-3019<br><br>ComEd<br>PO Box 6111<br>Carol Stream, IL  60197-6111<br><br>Paul Nigg<br>2615 Sommerhill Court |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 10-70310   Doc 1-3   Filed 01/28/10   Entered 01/28/10 10:20:49   Desc  Attached Correct PDF   Page 27 of 44

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Regional Management Corporation**<br>**In C/O Dan Rorer**<br>**716 Regner Road**<br>**McHenry, IL  60050** | Aurora, IL  60506<br><br>**Paul Nigg**<br>**2615 Sommerhill Court**<br>**Aurora, IL  60506** |

© 1993-2009 EZ-filing, Inc [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

Case 10-70310   Doc 1-3   Filed 01/28/10   Entered 01/28/10 10:20:49   Desc Attached
IN RE Rorer, Daniel S. & Rorer, Mary R     Correct PDF     Page 28 of 44     Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Daughter<br>Daughter<br>Daughter | | AGE(S):<br>19<br>17<br>15 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **President** | **See Schedule Attached** |
| Name of Employer | **Regional Fabrication Corp. In C/O Dan Rorer** | |
| How long employed | **9 years** | |
| Address of Employer | **11201 Commercial Avenue**<br>**Richmond, IL  60071** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ 1,581.87 |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ 0.00 | $ 1,581.87 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ _____ | $ 13.78 |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 0.00 | $ 13.78 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 0.00 | $ 1,568.09 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ 4,948.00 |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ 4,948.00 |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 6,516.09 |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ 6,516.09

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Business ceased operations as of 12/09**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Waitress** |
| Name of Employer | | **Olive Garden** |
| How long employed | | **10 months** |
| Address of Employer | | **3451 Shoppers Drive** |
| | | **McHenry, IL  60050** |
| | | |
| Occupation | | **Waitress - Tips** |
| Name of Employer | | **Olive Garden** |
| How long employed | | |
| Address of Employer | | **3451 Shoppers Drive** |
| | | **McHenry, IL  60050** |
| | | |
| Occupation | | **Owner/Bookkeeper** |
| Name of Employer | | **Regional Fabrication Corp. In C/O Dan Rorer** |
| How long employed | | **11 years** |
| Address of Employer | | **716 Regner Road** |
| | | **McHenry, IL  60050** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

       Debtor(s)                                                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 3,900.00 |
|    a. Are real estate taxes included?  Yes ____ No ✓ | | | |
|    b. Is property insurance included?  Yes ____ No ✓ | | | |
| 2. Utilities: | | | |
|    a. Electricity and heating fuel | | $ | 450.00 |
|    b. Water and sewer | | $ | |
|    c. Telephone | | $ | 160.00 |
|    d. Other  Cable And Internet | | $ | 150.00 |
|          Trash Pickup | | $ | 25.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 450.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 25.00 |
| 7. Medical and dental expenses | | $ | |
| 8. Transportation (not including car payments) | | $ | 555.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 60.00 |
| 10. Charitable contributions | | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|    a. Homeowner's or renter's | | $ | 115.00 |
|    b. Life | | $ | |
|    c. Health | | $ | |
|    d. Auto | | $ | 600.00 |
|    e. Other | | $ | |
| | | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|    (Specify) McHenry County RE Tax | | $ | 1,100.00 |
| | | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | | |
|    a. Auto | | $ | 340.00 |
|    b. Other  Direct Loan (Student Loan) | | $ | 160.00 |
| | | $ | |
| 14. Alimony, maintenance, and support paid to others | | $ | |
| 15. Payments for support of additional dependents not living at your home | | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | |
| 17. Other  See Schedule Attached | | $ | 331.67 |
| | | $ | |
| | | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

| | |
|---|---|
| $ | 8,571.67 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ | 6,516.09 |
|    b. Average monthly expenses from Line 18 above | $ | 8,571.67 |
|    c. Monthly net income (a. minus b.) | $ | -2,055.58 |

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)

| | |
|---|---:|
| **School Lunches** | 250.00 |
| **School Activity Fees** | 41.67 |
| **Personal Hygienge** | 20.00 |
| **Household Cleaning Solutions** | 20.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor(s) (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **26** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 28, 2010**          Signature: **/s/ Daniel S. Rorer** _____

                                    **Daniel S. Rorer**                            Debtor

Date: **January 28, 2010**          Signature: **/s/ Mary R Rorer** _____

                                    **Mary R Rorer**                        (Joint Debtor, if any)

                                                     [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                    _____
                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Rorer, Daniel S. & Rorer, Mary R                               Chapter **7** _____
                    Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: ONLY INCLUDE information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:          $ _____

**PART B** - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:          $ _____ **4,948.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)    $ _____
    4.  Payroll Taxes    $ _____
    5.  Unemployment Taxes    $ _____
    6.  Worker's Compensation    $ _____
    7.  Other Taxes    $ _____
    8.  Inventory Purchases (Including raw materials)    $ _____
    9.  Purchase of Feed/Fertilizer/Seed/Spray    $ _____
  10.  Rent (Other than debtor's principal residence)    $ _____
  11.  Utilities    $ _____
  12.  Office Expenses and Supplies    $ _____
  13.  Repairs and Maintenance    $ _____
  14.  Vehicle Expenses    $ _____
  15.  Travel and Entertainment    $ _____
  16.  Equipment Rental and Leases    $ _____
  17.  Legal/Accounting/Other Professional Fees    $ _____
  18.  Insurance    $ _____
  19.  Employee Benefits (e.g., pension, medical, etc.)    $ _____
  20.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify):    $ _____

  21.  Other (Specify):    $ _____

  22.  Total Monthly Expenses (Add items 3-21)    $ _____

**PART D** - ESTIMATED AVERAGE NET MONTHLY INCOME

  23.  **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)    $ _____ **4,948.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

United States Bankruptcy Court
**Northern District of Illinois**

IN RE:                                                                     Case No. _____

Rorer, Daniel S. & Rorer, Mary R                                          Chapter **7**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐      including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this
       case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that
       maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the
       beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing
       under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

       AMOUNT   SOURCE
       **118,475.76 Various gross draws from Regional Fabrication, Inc., Regional Management, Inc. and Regional
                    Installations, Inc. from 2008-2010**

---

**2. Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑      **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse
       separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑      debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that
       constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
       a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
       counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None | *b. Debtor whose debts are not primarily consumer debts.* List each payment or other transfer to any creditor made within **90 days** immediately

☑ preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None | *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors

☑ who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None | a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this

☐ bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CINDY LESPERANCE v. REGIONAL FABRICATION & DAN RORER CASE NO. 09 LM 986 | Eviction Proceeding - 11201 Commercial Avenue, Units F & G, Richmond, IL  60071 | 22nd Judicial Circuit, McHenry County, IL | Pending |
| AMERICAN EAGLE BANK v. REGIONAL INSTALLATIONS CORPORATION, REGIONAL FABRICATIONS, CORP., DANIEL RORER, MARY RORER, ET AL CASE NO. 10 CH 54 | Foreclosure Case | 22nd Judicial Circuit Court, McHenry County, IL | Pending |
| East Pistakee Bay Improvement Association, Inc. et al v. Daniel Rorer and Mary Rorer; Case No. 10 SC 184 | Collection | Circuit Court of McHenry County, Illinois; Woodstock, IL | Pending - Up on February 18, 2010 |

None | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding

☑ the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to

☐ the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Capital One Auto 3905 Dallas Parkway Plano, TX  75093 | 2009 | 2002 Volkswagon Beetle (VIN 3VWCB21C22M455960) |

### 6. Assignments and receiverships

None | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.

☑ (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the

☑ commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual
☑  gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100
per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the**
☑  **commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt
☐  consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement
of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **RothMelei**<br>**454 W. Virginia Street**<br>**Crystal Lake, IL  60014** | 1/4/2010 | 5,000.00 |
| **Bankruptcy Representation** | | |
| **Consumer Credit Counseling Service Of**<br>**McHenry County**<br>**400 Russel Court**<br>**Woodstock, IL  60098** | 1/4/2010 | 75.00 |

**10. Other transfers**

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either
☑  absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar
☑  device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
☐  transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,
brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **American Eagle Bank**<br>**556 Randall Road**<br>**South Elgin, IL  60177** | **Checking  - 2000199** | **Closed July, 2009** |
| **TCF Bank** | **Savings - 7439060196** | **July, 2009** |

**12. Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately
☑  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this
☑  case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**14. Property held for another person**

None ☑   List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during
that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case,
identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating
the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant
or similar term under an Environmental Law.

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the
Environmental Law.

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate
the governmental unit to which the notice was sent and the date of the notice.

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor
is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole
proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately
preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately
preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL- SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Regional Fabrication Corp.** | 36-4342581 | In C/O Dan Rorer 716 Regner Road McHenry, IL  60050 | | **1999-Present** |
| **Regional Installation Corporation** | 36-4142776 | C/O Dan Rorer 716 Regner Road McHenry, IL  60050 | | **1998-present** |
| **Regional Management Corporation** | 36-4372516 | In C/O Dan Rorer 716 Regner Road | | **2000-present** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the
☐ keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Paul Nigg** | **1998 - Present** |
| **2615 Sommerhill Court** | |
| **Aurora, IL  60506** | |

None b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account
☑ and records, or prepared a financial statement of the debtor.

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☑ debtor. If any of the books of account and records are not available, explain.

None d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☑ within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☑ dollar amount and basis of each inventory.

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

### 21. Current Partners, Officers, Directors and Shareholders

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☑ or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☑ bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **January 28, 2010**     Signature */s/ Daniel S. Rorer*
of Debtor     **Daniel S. Rorer**

Date: **January 28, 2010**     Signature */s/ Mary R Rorer*
of Joint Debtor     **Mary R Rorer**
(if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Rorer, Daniel S. & Rorer, Mary R                                         Chapter **7**
_____
                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **American Eagle Bank** | **Describe Property Securing Debt:** <br> **1970 Nova Coupe Yenko (VIN 11427OW351709)** |

Property will be *(check one)*:
☑ Surrendered ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** <br> **American Eagle Bank** | **Describe Property Securing Debt:** <br> **716 Regner Road, McHenry, IL 60050** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> **Sprint** | **Describe Leased Property:** <br> **Cell Phone Account #680311517 $300.00 Monthly** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☑ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** <br> **Verizon** | **Describe Leased Property:** <br> **Cell Phone Contract - Acct. 885626285-00001 (Monthly $150.00)** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☑ Yes ☐ No |

__1__ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:    **January 28, 2010**         */s/ Daniel S. Rorer*
                                       Signature of Debtor

                                       */s/ Mary R Rorer*
                                       Signature of Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**American Eagle Bank** | **Describe Property Securing Debt:**<br>**716 Regner Road, McHenry, IL 60050** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**American Eagle Bank** | **Describe Property Securing Debt:**<br>**716 Regner Road, McHenry, IL 60050** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**Mike & Cindy Lesperance** | **Describe Leased Property:**<br>**Commercial Lease - 11201 Commercial, Units F & G, Richmond, IL** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___**1**___ of ___**1**___

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                 Case No. _____

<u>Rorer, Daniel S. & Rorer, Mary R</u>                                   Chapter <u>7</u>
Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors _____ **53**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: <u>January 28, 2010</u>                    <u>*/s/ Daniel S. Rorer*</u>
                                                Debtor

                                                <u>*/s/ Mary R Rorer*</u>
                                                Joint Debtor

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Rorer, Daniel S.
716 Regner Road
McHenry, IL 60050

Capital One PROOF
PO Box 6492
Carol Stream, IL 60197-6492

GE Money Bank/Old Navy
PO Box 981064
El Paso, TX 79998-1064

Rorer, Mary R
716 Regner Road
McHenry, IL 60050

Centegra Health System
PO Box 1447
13707 W. Jackson Street
Woodstock, IL 60098

Great Lakes Specialty Metals
PO Box 8000 Dept. 257
Buffalo, NY 14267

RothMelei
454 W. Virginia Street
Crystal Lake, IL 60014

Chase Bank
PO Box 15153
Wilmington, DE 19850-5298

Hausman-Kunkel, Inc.
40 S. Prospect
PO Box 72290
Roselle, IL 60172

Advance Surgical
In C/O ACC International
919 Estes Court
Schaumburg, IL 60193-4427

CitiBank
PO Box 6500
Sioux Falls, SD 57117-6500

Hawthorne Architectural Register
In C/O North Shore Agency, Inc.
PO Box 9205
Old Bethpage, NY 11084-9005

Aetna Plywood
In C/O Teller Levit & Silvertrust
11 East Adams
Chicago, IL 60603

Comcast
C/O CPA Collections
PO Box 802068
Dallas, TX 75380-2068

Home Depot
PO Box 6029
The Lakes, NV 88901-6029

Allstate Insurance Company
PO Box 3576
Akron, OH 44309-3576

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

HSBC
PO Box 176002
Baltimore, MD 21297-1602

American Eagle Bank
556 Randall Road
South Elgin, IL 60177

Crystal Lake Orthopedic Surgery
750 E. Terra Cotta Avenue
Crystal Lake, IL 60014

Illinois Department Of Employment Securi
In C/O CG Services Ltd Partnership
6330 Gulfton
Houston, TX 77081

Arlington Ridge Pathology
In C/O KCA Financial Services
628 North Street, PO Box 53
Geneva, IL 60134

Direct Loans
PO Box 5609
Greenville, TX 75403-5609

Illinois Department Of Revenue
PO Box 19006
Springfield, IL 62794-9006

Best Practices Of Northwest
In C/O Suburban Credit Corp
6142 Franconia Road - PO Box 30640
Alexandria, VA 22310-2521

Discover
PO Box 6103
Carol Stream, IL 60197-6103

IRS
Attn: M. McLaren
945 Lakeview Pky, Ste. 130
Vernon Hills, IL 60061

Capital One
PO Box 6492
Carol Stream, IL 60197-6492

East Pistakee Bay Road Association
2660 Regner Road
McHenry, IL 60051-7830

Klingspor
PO Box 2367
Hickory, NC 28603-2367

Lake/McHenry Pathology Associates
520 E. 22nd Street
Lombard, IL  60148

Northwest Community Hospital
In C/O Mira Med Revenue Group
PO Box 77000 - Dept. 77304
Detroit, MI  48277-0304

Sprint
PO Box 8077
London, KY  40742

Lakes Disposal
PO Box 296
Fox Lake, IL  60020

Northwest Suburban Imaging
In C/O Medical Business Bureau
1175 Devin Drive, Ste. 173
North Shores, MI  49441

Target
PO Box 59317
Minneapolis, MN  55459-0317

Lease Finance Group
233 N. Michigan Avenue, Ste. 1800
Chicago, IL  60601-5802

Northwest Suburban Imaging
In C/O Merchants Credit Guide
222 W. Jackson Blvd
Chicago, IL  60606

Verizon
777 Big Timber Road
Elgin, IL  60123

McHenry County Check Enforcement
Program
PO Box 1059
Woodstock, IL  60098

NW Radiology Association
In C/O KCA Financial Services, Ltd.
628 North Street - PO Box 53
Geneva, IL  60134

Verizon Wireless
PO Box 9688
Mission Hills, CA  91346

McHenry County Treasurer
667 Ware Road
Woodstock, IL  60098

Paul Nigg
2615 Sommerhill Court
Aurora, IL  60506

Washington Mutual - Chase
PO Box 660487
Dallas, TX  75266-0487

McHenry Radiologist & Imaging
In C/O Business Revenue Systems
PO Box 13077
Des Moines, IA  50310-0077

PayPal Buyer Credit
PO Box 960080
Orlando, FL  32896-0080

Waste Management
1411 Opus Place, Ste. 400
Downers Grove, IL  60515

McHenry Township Fire Department
PO Box 457
Wheeling, IL  60090

Professional Cardiac Services
In C/O KCA Financial Services, Inc.
628 North Street, PO Box 53
Geneva, IL  60134

Mike & Cindy Lesperance
4304 Church Hill Lane
Crystal Lake, IL  60014

S.O.S. Plumber Services
281 Laurel Lane
West Chicago, IL  60185

Moraine Emergency Physicians
PO Box 8759
Philadelphia, PA  19101-8759

Shell Fleet
PO Box 183019
Columbus, OH  43218-3019

Nicor Gas
PO Box 0632
Aurora, IL  60507-0632

Sherman Hospital
In C/O Harris & Harris
222 Merchandise Mart Plaza, Ste. 1900
Chicago, IL  60654