## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: RORER, DANIEL S.                §    Case No. 10-70310
       RORER, MARY                   §
                                        §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

       Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

       The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

      211 South Court
      Rockford, IL 61101

       Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/20/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

      Dated :   09/09/2010          By:   /s/JOSEPH D. OLSEN
                                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: RORER, DANIEL S.  §  Case No. 10-70310
       RORER, MARY  §
         §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $      15,000.96

*and approved disbursements of*  $      2,978.40

*leaving a balance on hand of* [1]  $      12,022.56

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 2,250.10 | $ 136.42 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 1,886.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $41,026.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6P | Internal Revenue Service | $ 41,026.88 | $ 7,750.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 134,595.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $ 7,699.59 | $ 0.00 |
| 2 -2 | Capital One Auto Finance | $ 5,067.33 | $ 0.00 |
| 3 | TARGET NATIONAL BANK | $ 629.25 | $ 0.00 |
| 4 | Chase Bank USA, N.A. | $ 862.03 | $ 0.00 |
| 5 | Chase Bank USA, N.A. | $ 4,236.60 | $ 0.00 |
| 6U | Internal Revenue Service | $ 5,173.30 | $ 0.00 |
| 7 | GE Money Bank dba PAYPAL | $ 112.81 | $ 0.00 |
| 8 | GE Money Bank dba OLD NAVY | $ 438.80 | $ 0.00 |
| 9 | Verizon Wireless | $ 328.21 | $ 0.00 |
| 10 | US Department of Education | $ 12,311.74 | $ 0.00 |
| 11U | American Eagle Bank | $ 97,735.79 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOSEPH D. OLSEN
                                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 2          Date Rcvd: Sep 28, 2010
Case: 10-70310               Form ID: pdf006          Total Noticed: 70

The following entities were noticed by first class mail on Sep 30, 2010.
```
db/jdb    +Daniel S. Rorer,   Mary R Rorer,   716 Regner Road,   McHenry, IL 60051-6936
aty       +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty       +Michael Fradin,   Roth Melei,   454 W Virginia,   Crystal Lake, IL 60014-5966
tr        +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
15021932   Advance Surgical,   In C/O ACC International,   919 Estes Court,   Schaumburg, IL 60193-4427
15021933  +Aetna Plywood,   In C/O Teller Levit & Silvertrust,   11 East Adams,   Chicago, IL 60603-6369
15021934   Allstate Insurance Company,   PO Box 3576,   Akron, OH  44309-3576
15021935  +American Eagle Bank,   556 Randall Road,   South Elgin, IL 60177-3315
15756151  +American Eagle Bank,   c/o David H. Sachs,   Aronberg Goldgehn Davis & Garmisa,
           330 N. Wabash, Suite 1700,   Chicago, Illinois 60611-7765
15021936  +Arlington Ridge Pathology,   In C/O KCA Financial Services,   628 North Street, PO Box 53,
           Geneva, IL 60134-0053
15021937  +Best Practices Of Northwest,   In C/O Suburban Credit Corp,   6142 Franconia Road - PO Box 30640,
           Alexandria, VA 22310-8640
15021983  ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
           WILMINGTON DE 19801-2920
          (address filed with court: Washington Mutual - Chase,   PO Box 660487,   Dallas, TX  75266-0487)
15021938   Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
15021939   Capital One Bank,   PO Box 6492,   Carol Stream, IL  60197-6492
15021940  +Centegra Health System,   PO Box 1447,   13707 W. Jackson Street,   Woodstock, IL 60098-3188
15021941  +Chase Bank,   PO Box 15153,   Wilmington, DE 19850-5153
15397922   Chase Bank USA, N.a.,   PO Box 15145,   Wilmington, DE 19850-5145
15021942   CitiBank,   PO Box 6500,   Sioux Falls, SD  57117-6500
15021943   Comcast,   C/O CPA Collections,   PO Box 802068,   Dallas, TX  75380-2068
15021945  +Crystal Lake Orthopedic Surgery,   750 E. Terra Cotta Avenue,   Crystal Lake, IL 60014-3621
15021946   Direct Loans,   Po Box 5609,   Greenville, TX  75403-5609
15021948   East Pistakee Bay Road Association,   2660 Regner Road,   McHenry, IL  60051-7830
15580254  +GE Money Bank dba PAYPAL,   Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,
           Miami FL 33131-1605
15021950  +Great Lakes Specialty Metals,   PO Box 8000 Dept. 257,   Buffalo, NY 14267-0002
15021954   HSBC,   PO Box 176002,   Baltimore, MD  21297-1602
15021951  +Hausman-Kunkel, Inc.,   40 S. Prospect,   PO Box 72290,   Roselle, IL 60172-0290
15021952  +Hawthorne Architectural Register,   In C/O North Shore Agency, Inc.,   PO Box 9205,
           Old Bethpage, NY 11804-9005
15021953   Home Depot,   PO Box 6029,   The Lakes, NV  88901-6029
15487601  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
           PHILADELPHIA PA 19114-0326
          (address filed with court: Internal Revenue Service,   Centralized Insolvency Operations,
           P.O Box 21126,   Philadelphia,Pa 19114)
15021957  +IRS,  Attn: M. McLaren,   945 Lakeview Pky, Ste. 130,   Vernon Hills, IL 60061-1464
15021955  +Illinois Department Of Employment Securi,   In C/O CG Services Ltd Partnership,   6330 Gulfton,
           Houston, TX 77081-1108
15021956   Illinois Department Of Revenue,   PO Box 19006,   Springfield, IL  62794-9006
15021958  +Klingsor,   PO Box 2367,   Hickory, NC  28603-2367
15021959  +Lake/McHenry Pathology Associates,   520 E. 22nd Street,   Lombard, IL 60148-6110
15021960  +Lakes Disposal,   PO Box 296,   Fox Lake, IL 60020-0296
15021961   Lease Finance Group,   233 N. Michigan Avenue, Ste. 1800,   Chicago, IL 60601-5802
15021962  +McHenry County Check Enforcement Program,   PO Box 1059,   Woodstock, IL 60098-1059
15021963  +McHenry County Treasurer,   667 Ware Road,   Woodstock, IL 60098-8303
15021964   McHenry Radiologist & Imaging,   In C/O Business Revenue Systems,   PO Box 13077,
           Des Moines, IA 50310-0077
15021965  +McHenry Township Fire Department,   PO Box 457,   Wheeling, IL 60090-0457
15021966  +Mike & Cindy Lesperance,   4304 Church Hill Lane,   Crystal Lake, IL 60014-6582
15021967   Moraine Emergency Physicians,   PO Box 8759,   Philadelphia, PA  19101-8759
15021972  +NW Radiology Association,   In C/O KCA Financial Services, Ltd.,   628 North Street - PO Box 53,
           Geneva, IL 60134-0053
15021969   Northwest Community Hospital,   In C/O Mira Med Revenue Group,   PO Box 77000 - Dept. 77304,
           Detroit, MI  48277-0304
15021971  +Northwest Suburban Imaging,   In C/O Merchants Credit Guide,   222 W. Jackson Blvd,
           Chicago, IL 60606-6902
15021970  +Northwest Suburban Imaging,   In C/O Medical Business Bureau,   1175 Devin Drive, Ste. 173,
           North Shores, MI 49441-6079
15021973  +Paul Nigg,   2615 Sommerhill Court,   Aurora, IL 60506-8862
15021974   PayPal Buyer Credit,   PO Box 960080,   Orlando, FL  32896-0080
15021975  +Professional Cardiac Services,   In C/O KCA Financial Services, Inc.,
           628 North Street, PO Box 53,   Geneva, IL 60134-0053
15021929  +Rorer Daniel S.,   716 Regner Road,   McHenry, IL 60051-6936
15021930  +Rorer Mary R,   716 Regner Road,   McHenry, IL 60051-6936
15021931  +RothMelei,   454 W Virginia Street,   Crystal Lake, IL 60014-5966
15021976  +S.O.S. Plumber Services,   281 Laurel Lane,   West Chicago, IL 60185-5971
15021977   Shell Fleet,   PO Box 183019,   Columbus, OH  43218-3019
15021978  +Sherman Hospital,   In C/O Harris & Harris,   222 Merchandise Mart Plaza, Ste. 1900,
           Chicago, IL 60654-1421
15021979  +Sprint,   PO Box 8077,   London, KY 40742-8077
15382052  +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
           SEATTLE, WA 98121-3132
15021980  +Target,   PO Box 59317,   Minneapolis, MN  55459-0317
15750646   US Department of Education,   Direct Loan Svcg,   PO Box 5609,   Greenville,TX 75403-5609
15021984  +Waste Management,   1411 Opus Place, Ste. 400,   Downers Grove, IL 60515-1481
```

```
District/off: 0752-3          User: lorsmith          Page 2 of 2          Date Rcvd: Sep 28, 2010
Case: 10-70310               Form ID: pdf006          Total Noticed: 70
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Sep 29, 2010.
```
15141901    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 29 2010 02:53:33
             Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
15021944     E-mail/Text: legalcollections@comed.com                     ComEd,    PO Box 6111,
             Carol Stream, IL 60197-6111
15021947     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 29 2010 02:23:59        Discover,   PO Box 6103,
             Carol Stream, IL 60197-6103
15335619     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 29 2010 02:23:59        Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
15580255    +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2010 02:56:29        GE Money Bank dba OLD NAVY,
             Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15021949     E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2010 02:56:28        GE Money Bank/Old Navy,
             PO Box 981064,    El Paso, TX 79998-1064
15021968     E-mail/Text: bankrup@nicor.com                             Nicor Gas,    PO Box 0632,
             Aurora, IL 60507-0632
15021981    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 29 2010 02:23:32      Verizon,
             777 Big Timber Road,    Elgin, IL 60123-1401
15689490    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 29 2010 02:13:08      Verizon Wireless,
             PO BOX 3397,    Bloomington, IL 61702-3397
15021982    +E-mail/PDF: bankruptcyverizoncom@afni.com Sep 29 2010 02:23:32        Verizon Wireless,
             PO Box 9688,    Mission Hills, CA 91346-9688
                                                                                     TOTAL: 10


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2010**                    **Signature:** *Joseph Speetjens*