**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re:  RORER, DANIEL S.    § Case No. 10-70310
RORER, MARY    §
    §
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $779,088.96          Assets Exempt:  $54,077.82
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,750.19      Claims Discharged
                                                Without Payment: $167,872.14

Total Expenses of Administration: $7,250.92

3) Total gross receipts of $   15,001.11   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $15,001.11 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $700,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,886.00 | 5,364.92 | 7,250.92 | 7,250.92 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 41,026.88 | 41,026.88 | 7,750.19 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 139,662.78 | 134,595.45 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,886.00 | $886,054.58 | $182,873.25 | $15,001.11 |

    4) This case was originally filed under Chapter 7 on January 28, 2010. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2010    By: /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Ebbtide deckboat & trailer | 1129-000 | 15,000.00 |
| Interest Income | 1270-000 | 1.11 |
| **TOTAL GROSS RECEIPTS** | | **$15,001.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11S | American Eagle Bank | 4110-000 | N/A | 700,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$700,000.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,250.10 | 2,250.10 | 2,250.10 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 136.42 | 136.42 | 136.42 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 1,886.00 | 1,886.00 |
| Auction Auctioneering | 3610-000 | N/A | 2,978.40 | 2,978.40 | 2,978.40 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | | N/A | 5,364.92 | 7,250.92 | 7,250.92 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Internal Revenue Service | 5800-000 | N/A | 41,026.88 | 41,026.88 | 7,750.19 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 41,026.88 | 41,026.88 | 7,750.19 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 7,699.59 | 7,699.59 | 0.00 |
| 2 | Capital One Auto Finance | 7100-000 | N/A | 5,067.33 | 0.00 | 0.00 |
| 2 -2 | Capital One Auto Finance | 7100-000 | N/A | 5,067.33 | 5,067.33 | 0.00 |
| 3 | TARGET NATIONAL BANK | 7100-000 | N/A | 629.25 | 629.25 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 862.03 | 862.03 | 0.00 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,236.60 | 4,236.60 | 0.00 |
| 6U | Internal Revenue Service | 7100-000 | N/A | 5,173.30 | 5,173.30 | 0.00 |
| 7 | GE Money Bank dba PAYPAL | 7100-000 | N/A | 112.81 | 112.81 | 0.00 |
| 8 | GE Money Bank dba OLD NAVY | 7100-000 | N/A | 438.80 | 438.80 | 0.00 |
| 9 | Verizon Wireless | 7100-000 | N/A | 328.21 | 328.21 | 0.00 |
| 10 | US Department of Education | 7100-000 | N/A | 12,311.74 | 12,311.74 | 0.00 |
| 11U | American Eagle Bank | 7100-000 | N/A | 97,735.79 | 97,735.79 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 139,662.78 | 134,595.45 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70310  
**Case Name:** RORER, DANIEL S.  
RORER, MARY  
**Period Ending:** 12/20/10

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/28/10 (f)  
**§341(a) Meeting Date:** 03/04/10  
**Claims Bar Date:** 06/24/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence | 600,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash/checking | 101.14 | 0.00 | DA | 0.00 | FA |
| 3 | HHGS/furnishings | 2,110.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Jewelry | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | IRA/CD | 5,427.82 | 0.00 | DA | 0.00 | FA |
| 7 | 1970 Nova Coupe Yenko | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1996 Ford Explorer | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1997 Ford Explorer | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1998 Chevy Van Venture | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2002 Dodge Sprinter | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2002 Ford Excursion | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2001 Ebbtide deckboat & trailer | 15,000.00 | 9,891.14 | | 15,000.00 | FA |
| 14 | 2002 Yamaha jet ski | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | office equipment (2) desks | 50.00 | 0.00 | DA | 0.00 | FA |
| 16 | machinery/tools and equipment | 49,920.00 | 0.00 | DA | 0.00 | FA |
| 17 | dog and 3 cats | 30.00 | 0.00 | DA | 0.00 | FA |
| 18 | Residential tools & yard items | 350.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.11 | FA |
| 19 | Assets  Totals (Excluding unknown values) | **$794,088.96** | **$9,891.14** | | **$15,001.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  **Current Projected Date Of Final Report (TFR):**    September 9, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 10-70310 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | RORER, DANIEL S. | | **Bank Name:** | The Bank of New York Mellon |
| | RORER, MARY | | **Account:** | 9200-******80-65 - Money Market Account |
| **Taxpayer ID #:** | **-***7113 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 12/20/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/27/10 | {13} | Action Auctioneering | sale of Ebbtide deck boat | 1129-000 | 15,000.00 | | 15,000.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 15,000.11 |
| 08/26/10 | | To Account #9200******8066 | Transfer funds to pay Auctioneer fees re: sale of deck boat | 9999-000 | | 2,978.40 | 12,021.71 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.85 | | 12,022.56 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,022.65 |
| 10/21/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 12,022.71 |
| 10/21/10 | | To Account #9200******8066 | Prep. of Amd. Dist Rpt | 9999-000 | | 12,022.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **15,001.11** | **15,001.11** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 15,001.11 | |
| | | | **Subtotal** | | **15,001.11** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,001.11** | **$0.00** | |

{} Asset reference(s)    Printed: 12/20/2010 02:08 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70310  
**Case Name:** RORER, DANIEL S.  
RORER, MARY  
**Taxpayer ID #:** **-***7113  
**Period Ending:** 12/20/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******80-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/10 | | From Account #9200******8065 | Transfer funds to pay Auctioneer fees re: sale of deck boat | 9999-000 | 2,978.40 | | 2,978.40 |
| 08/26/10 | 101 | Auction Auctioneering | Per Ct. Order of 8/25 - pay auctioneer fees/costs | 3610-000 | | 2,978.40 | 0.00 |
| 10/21/10 | | From Account #9200******8065 | Prep. of Amd. Dist Rpt | 9999-000 | 12,022.71 | | 12,022.71 |
| 10/27/10 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,886.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,886.00 | 10,136.71 |
| 10/27/10 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $136.42, Trustee Expenses;  Reference: | 2200-000 | | 136.42 | 10,000.29 |
| 10/27/10 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,250.10, Trustee Compensation;  Reference: | 2100-000 | | 2,250.10 | 7,750.19 |
| 10/27/10 | 105 | Internal Revenue Service | Dividend paid  18.89% on $41,026.88; Claim# 6P; Filed: $41,026.88; Reference: | 5800-000 | | 7,750.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,001.11 | 15,001.11 | $0.00 |
| | | | Less: Bank Transfers | | 15,001.11 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,001.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,001.11** | |

Net Receipts :   15,001.11  
───────────  
Net Estate :   $15,001.11

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******80-65** | 15,001.11 | 0.00 | 0.00 |
| **Checking # 9200-******80-66** | 0.00 | 15,001.11 | 0.00 |
| | $15,001.11 | $15,001.11 | $0.00 |

{} Asset reference(s)                                                                                                  Printed: 12/20/2010 02:08 PM    V.12.54